# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Civil Action No. 1:06-CV-01748-CKK |

Defendants CH2M HILL GROUP DISABILITY PLAN ("CH2M") and THE STANDARD INSURANCE COMPANY ("Defendants"), through their attorneys, Holland & Hart LLP, hereby respectfully move for an extension of time of twenty days, through and including December 11, 2006, to respond to Plaintiff's Complaint in this matter.  As grounds for this Motion, Defendants state:

    1.    Pursuant to Local Rule 7(m), Defendants' counsel discussed this Motion for Extension of Time to Respond to the Complaint with Plaintiff's Counsel, Mr. Scott Elkind.  Mr. Elkind has no objection to a twenty-day extension of time.

2. The Complaint and Jury Trial Demand ("Complaint") in this action was filed in the United States District Court for the District of Columbia on October 13, 2006. The Standard Insurance Company was served with the Summons, but not the Complaint, via Federal Express Delivery on November 1, 2006.

3. By operation of Fed. R. Civ. P. 12 and 81(c), Defendants would otherwise be required to respond to the Complaint on or before November 21, 2006.

4. Defendants' counsel received the administrative claim file on Monday, November 20, which contains over 700 pages of documents. Therefore, counsel requires additional time to thoroughly review the documents before preparing a response. In addition, Defendants' counsel will be out of the office from November 22 - 24, 2006 for the Thanksgiving holiday.

5. Therefore, Defendants' counsel respectfully requests additional time to review the claim documents, and to prepare and file a response. An extension of twenty days is requested.

6. Defendants have neither sought nor received any previous extensions of time to respond to Plaintiff's Complaint in this action, and this request is made in good faith and not for purposes of delay or avoidance.

7. A proposed Order is submitted herewith.

WHEREFORE, Defendants respectfully pray that this Court enter an Order granting an extension of time to respond to Plaintiff's Complaint, through and including December 11, 2006.

Dated: November 21, 2006.

Respectfully submitted,

/s/  Craig D. Galli
Craig D. Galli, D.C. Bar No. 414395
Holland & Hart LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
(801) 799-5842
cgalli@hollandhart.com
ATTORNEYS FOR DEFENDANTS
CH2M HILL GROUP DISABILITY PLAN and
THE STANDARD INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2006, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> Scott B. Elkind
> ELKIND & SHEA
> 801 Roeder Rd., Suite 550
> Silver Spring, MD  20910

/s/  Barbara Thurgood

3634924_1.DOC

Attachment A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Civil Action No. 1:06-CV-01748-CKK |

Defendants', CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY, unopposed motion for an extension of time of twenty days to respond to Plaintiff's Complaint and Jury Demand is GRANTED. Defendants shall file their response on or before December 11, 2006.

Dated: November _____, 2006.

BY THE COURT:

3635183_1.DOC