## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158 | ) ) ) ) | **UNOPPOSED MOTION TO APPEAR** *PRO HAC VICE* |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 1:06-CV-01748-CKK |
| THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204, | ) ) ) ) ) ) | |
| and | ) ) | |
| CH2M HILL GROUP DISABILITY<br>PLAN, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to LCvR 83.2(d), Defendants CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY hereby move this Court for an Order granting Michael S. Beaver, Esq. the right to appear *pro hac vice* on their behalf for all purposes in the above-captioned matter.  Mr. Beaver practices in the firm in which Defendants' counsel, Craig D. Galli, practices.  Craig D. Galli is Mr. Beaver's sponsoring member of this Court.

This motion is supported by the Declaration of Michael S. Beaver, filed contemporaneously with this motion.

Counsel for Defendants has discussed this motion with Mr. Scott Elkind, counsel for Plaintiff Darlene Fulwood, who does not oppose this motion.

Wherefore, Defendants request that Mr. Beaver be admitted *pro hac vice* for all purposes in this matter.  A proposed Order is attached to this motion.

Respectfully submitted this 1st day of December, 2006.

HOLLAND & HART LLP

/s/  Craig D. Galli
Craig D. Galli, D.C. Bar No. 414395
Holland & Hart LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
(801) 799-5842
cgalli@hollandhart.com
ATTORNEYS FOR DEFENDANTS CH2M
HILL GROUP DISABILITY PLAN and THE
STANDARD INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on December 1st, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD  20910


/s/  Barbara Thurgood


3637459_1.DOC

Attachment A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF**<br>**MICHAEL S. BEAVER**<br><br><br>.Civil Action No. 1:06-CV-01748-CKK |

Michael S. Beaver hereby declares as follows:

1.      My full name is Michael Stuart Beaver.

2.      My office address and telephone number are Holland & Hart LLP, Suite 400, 8390 E. Crescent Parkway, Greenwood Village, Colorado 80111; (303) 290-1631.

3.      I am admitted to the bars of the state of Colorado and the United States Supreme Court, United States Courts of Appeal for the Fifth, Ninth and Tenth Circuits, and the District Court for the District of Colorado.

4.      I certify that I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* in this Court within the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this ___ day of December, 2006.

By: _____
      Michael S. Beaver

3637458_1.DOC

2

# Attachment B

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158 )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204, )<br><br>and )<br><br>CH2M HILL GROUP DISABILITY<br>PLAN, )<br><br>Defendants. ) | **ORDER GRANTING MOTION FOR<br>ADMISSION *PRO HAC VICE***<br><br><br>Civil Action No. 1:06-CV-01748-CKK |

Upon consideration of the Motion filed by counsel for Defendants CH2M HILL

GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY to

admit Michael S. Beaver, Esq. to appear in this matter *pro hac vice* and the Declaration

of Michael S. Beaver, filed contemporaneously with this Motion,

IT IS HEREBY ORDERED that Michael S. Beaver shall be admitted *pro hac*

*vice* for all purposes related to the above-captioned matter.

Dated this ____ day of December, 2006.


_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT COURT JUDGE