IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **UNOPPOSED MOTION TO APPEAR**<br>***PRO HAC VICE***<br><br><br>Civil Action No. 1:06-CV-01748-CKK |

Pursuant to LCvR 83.2(d), Defendants CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY hereby move this Court for an Order granting Catherine C. Crane, Esq. the right to appear *pro hac vice* on their behalf for all purposes in the above-captioned matter.  Ms. Crane practices in the firm in which Defendants' counsel, Craig D. Galli, practices.  Craig D. Galli is Ms. Crane's sponsoring member of this Court.

This motion is supported by the Declaration of Catherine C. Crane, filed contemporaneously with this motion.

Counsel for Defendants has discussed this motion with Mr. Scott Elkind, counsel for Plaintiff Darlene Fulwood, who does not oppose this motion.

Wherefore, Defendants request that Ms. Crane be admitted *pro hac vice* for all purposes in this matter. A proposed Order is attached to this motion.

Respectfully submitted this 1st day of December, 2006.

>HOLLAND & HART LLP
>
>/s/ Craig D. Galli
>Craig D. Galli, D.C. Bar No. 414395
>Holland & Hart LLP
>60 E. South Temple, Suite 2000
>Salt Lake City, UT 84111
>(801) 799-5842
>cgalli@hollandhart.com
>ATTORNEYS FOR DEFENDANTS CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on December 1st, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD  20910


/s/  Barbara Thurgood


3637384_1.DOC

# Attachment A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **DECLARATION OF<br>CATHERINE C. CRANE**<br><br>Civil Action No. 1:06-CV-01748-CKK |

    Catherine C. Crane hereby declares as follows:

    1.    My full name is Catherine Cochrane Crane.

    2.    My office address and telephone number are Holland & Hart LLP, Suite 400, 8390 E. Crescent Parkway, Greenwood Village, Colorado 80111; (303) 290-1608.

    3.    I am admitted to the bars of the states of Colorado and North Carolina, and to the United States District Court for the District of Colorado and the Tenth Circuit Court of Appeal.

    4.    I certify that I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office location in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this 1st day of December, 2006.

By: _____
Catherine C. Crane

3637386_1.DOC

Attachment B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***<br><br>Civil Action No. 1:06-CV-01748-CKK |

Upon consideration of the Motion filed by counsel for Defendants CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY to admit Catherine C. Crane, Esq. to appear in this matter *pro hac vice* and the Declaration of Catherine C. Crane, filed contemporaneously, with this Motion,

IT IS HEREBY ORDERED that Catherine C. Crane shall be admitted *pro hac vice* for all purposes related to the above-captioned matter.

Dated this ____ day of December, 2006.

                                                                         Colleen Kollar-Kotelly<br>
                                                                         UNITED STATES DISTRICT COURT JUDGE

3637389_1.DOC