**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>               Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>               Defendants. | **CERTIFICATE OF FAMILIARITY WITH LOCAL RULES AND ENTRY OF APPEARANCE OF CATHERINE C. CRANE**<br><br>Civil Action No. 1:06-CV-01748-CKK |

COMES NOW Catherine C. Crane of the law firm Holland & Hart LLP and hereby enters her appearance on behalf of Defendants The Standard Insurance Company and the CH2M HILL Group Disability Plan.  I am a member in good standing of the Bar of the State of Colorado, the United States District Court for Colorado, and the Tenth Circuit Court of Appeals.  I hereby certify that I have reviewed and am familiar with the local rules of practice for the United States District Court for the District of Columbia, and will abide by them in litigating this case.

Dated: December 11, 2006.

                          Respectfully submitted,

/s/ Catherine C. Crane
Catherine C. Crane
Holland & Hart LLP
8390 E. Crescent Pkwy., Suite 400
Greenwood Village, CO 80111
(303) 290-1600
ccrane@hollandhart.com

*(Signed copy of document bearing signature of Catherine C. Crane. is being maintained in the office of the Filing Attorney)*

/s/ Craig D. Galli
Craig D. Galli         ATTORNEYS FOR CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December 2006, I electronically filed the foregoing **CERTIFICATE OF FAMILIARITY WITH LOCAL RULES AND ENTRY OF APPEARANCE OF CATHERINE C. CRANE** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>Scott B. Elkind
>ELKIND & SHEA
>801 Roeder Rd., Suite 550
>Silver Spring, MD  20910

>/s/  Barbara Thurgood

3643066_1.DOC