**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **CERTIFICATE OF FAMILIARITY WITH LOCAL RULES AND ENTRY OF APPEARANCE OF MICHAEL S. BEAVER**<br><br>Civil Action No. 1:06-CV-01748-CKK |

    COMES NOW Michael S. Beaver of the law firm Holland & Hart LLP and hereby enters appearance on behalf of Defendants The Standard Insurance Company and the CH2M HILL Group Disability Plan.  I am a member in good standing of the Bar of the State of Colorado, the United States District Court for Colorado, United States Supreme Court and the United States Courts of Appeal for the Fifth, Ninth and Tenth Circuits.  I hereby certify that I have reviewed and am familiar with the local rules of practice for the United States District Court for the District of Columbia, and will abide by them in litigating this case.

Dated: December 11, 2006.

                                      Respectfully submitted,

                                      /s/  Michael S. Beaver
                                      Michael S. Beaver
                                      Holland & Hart LLP
                                      8390 E. Crescent Pkwy., Suite 400
                                      Greenwood Village, CO 80111
                                      (303) 290-1600
                                      ccrane@hollandhart.com

*(Signed copy of document bearing signature of Michael S. Beaver. is being maintained in the office of the Filing Attorney)*

/s/ Craig D. Galli
Craig D. Galli                                ATTORNEYS FOR CH2M HILL
                                      GROUP DISABILITY PLAN and THE
                                      STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December 2006, I electronically filed the foregoing **CERTIFICATE OF FAMILIARITY WITH LOCAL RULES AND ENTRY OF APPEARANCE OF MICHAEL S. BEAVER** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>Scott B. Elkind
>ELKIND & SHEA
>801 Roeder Rd., Suite 550
>Silver Spring, MD  20910

/s/  Barbara Thurgood

3643129_1.DOC