**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158 | ) ) ) ) | **DEFENDANT STANDARD INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE STANDARD INSURANCE COMPANY, A Subsidiary of StanCorp Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204, | ) ) ) ) ) ) | Civil Action No. 1:06-CV-01748-CKK |
| and | ) ) | |
| CH2M HILL GROUP DISABILITY PLAN, | ) ) ) | |
| Defendants. | ) ) | |

Defendant Standard Insurance Company ("Standard"), through its attorneys, Holland & Hart LLP, respectfully moves that the Court dismiss Plaintiff's Complaint as to Standard, pursuant to FED. R. CIV. P. 12(b)(6), based upon her failure to state a claim upon which relief can be granted as against Standard.

**INTRODUCTION AND STATEMENT OF FACTS TAKEN FROM COMPLAINT**

Plaintiff was a participant in a long-term disability benefit plan (the "Plan") sponsored by her employer, CH2M HILL.  Complaint at ¶6.  The Plan is an "employee benefit plan as that term is defined by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001, *et seq*.  *Id*. at ¶ 4.  In this action, Plaintiff seeks an

award of benefits under the Plan.  *Id*.  Plaintiff extensively cites the terms of the written

Plan in her claim for relief.  *Id*. at ¶¶ 4, 6, 9, 10.

Plaintiff asserts that Standard serves as both "claims administrator" and

"insurer" of the Plan.  Complaint at ¶8.  However, this allegation is plainly and

undisputedly incorrect, in light of the very Plan documents which Plaintiff cites, and

upon which she completely premises her claim for relief.  The Plan expressly states that

it is funded through an employee-funded tax–exempt **Trust**.  Exhibit 1 at Bates No.

00731.  Standard serves only as administrator of claims.  Exhibit 2 at p. 4-8.  The Trust

is solely and entirely liable for the payment of benefits under the Plan.  Thus, Standard

can have no liability to Plaintiff for benefits under the Plan, and her claim made

pursuant to 29 U.S.C. § 1132(a)(1)(B) should be dismissed as against Standard.

Plaintiff also seeks an award of a penalty of up to $110 per day under ERISA.

However, this penalty can be assessed only against a designated "Plan Administrator."  29

U.S.C. § 1132(c)(1).  As the Plan clearly states, CH2M Hill is the designated Plan

Administrator.  Therefore, Plaintiff's claim for penalties must also be dismissed with

respect to Standard.

## **ARGUMENT**

### 1.    **Standard Does Not Insure the Disability Plan Under Which Plaintiff Claims Entitlement To Benefits, Therefore Standard Has Potential No Liability In This Case.**

Plaintiff claims that she is entitled to recover all of the past benefits allegedly

due her under ERISA, 29 U.S.C. § 1132(a)(1)(B).   This ERISA section states, in

relevant part:

### § 1132.  Civil Enforcement

(a) Persons empowered to bring a civil action
A civil action may be brought-
(1) by a participant or beneficiary-
...
(B) to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan.

Standard does not dispute that Plaintiff may be able to state a claim under this section (although Standard would deny that Plaintiff is entitled to any relief under this, or any other provision, of ERISA).  However, as a third party administrator, Standard is not a proper party to a lawsuit involving a claim for benefits under CH2M HILL's trust-funded LTD Disability Benefit Plan.

As a third party administrator, Standard is not a "Plan Administrator" nor is it a "Plan Sponsor."  Under ERISA, the term "administrator" means "the person *specifically so designated* by the terms of the instrument under which the plan is operated" or "if an administrator is not so designated, the plan sponsor."   29 U.S.C. § 1002(16)(A) (emphasis added).  The "plan sponsor" is defined as "the employer in the case of an employee benefit plan established or maintained by a single employer."  29 U.S.C. § 1002(16)(B).  The Plan, attached as Exhibit 1 hereto[1], specifically designates the "Plan Sponsor" and the "Plan Administrator" as Defendant CH2M HILL.  *See* Bates Nos. 00729 – 731.  The Plan expressly states:

---

[1] *See Washkoviak v. Student Loan Marketing Association*, 849 A.2d 37, 40 (D.C. Ct. App. 2004) (consideration of documents relied upon, but not attached to the Complaint, is proper on a motion to dismiss.)  *See also, Wright v. Associated Ins. Cos., Inc.*, 29 F.3d 1244, 1248 (7th Cir.1994); *Cortec Industries, Inc. v. Sum Holding L.P.*, 949 F.2d 42, 48 (2d Cir.1991) ( "Where plaintiff has actual notice of all the information in the movant's papers and has relied upon these documents in framing the complaint the necessity of translating a Rule 12(b)(6) motion into one under Rule 56 is largely dissipated.").

**Source of Plan Funding**:  501(c)(9) Voluntary Employees' Beneficiary Association

**Funding Mechanism:**      Tax-exempt trust

*See* Exhibit 1 at Bates No. 00731.

Further, under the Plan, the Plan Sponsor or Employer (CH2M Hill in both instances) has full and exclusive authority to control and manage the Plan, to administer claims, to interpret the Plan and resolve all questions arising in the administration, interpretation, and application of the Plan.  *See* Exhibit 1 at Bates No. 00746.  Finally, the Summary Plan Description ("SPD") reiterates the above and specifically states that "Standard Insurance Company serves as claims administrator for LTD coverage." Exhibit 2 at p. 4-8.  Plainly, under the Plan, Standard is neither liable for any benefit payments nor for Plan asset management or administration, it therefore has no potential liability to Plaintiff under any set of facts she has, or could, allege.

ERISA permits suits to recover benefits only against the Plan as an entity.  *See Jass v. Prudential Health Care Plan, Inc.*, 88 F.3d 1482, 1490 (7th Cir.1996); *Gelardi v. Pertec Computer Corp.*, 761 F.2d 1323, 1324 (9th Cir.1985); ); *Lee v. Burkhart,* 991 F.2d 1004, 1009 (2d Cir.1993).

> Any money judgment under this subchapter against an
> employee benefit plan shall be enforceable only against the
> plan as an entity and shall not be enforceable against any
> other person unless liability against such person is
> established in his individual capacity under this subchapter

ERISA 29 U.S.C. § 1132(d)(2).  This creates an insuperable bar to a claim against Standard, which acts merely as a third-party claim administrator.

A third-party claim administrator does not become a liable party under ERISA § 1132(a)(1)(B) simply by performing administrative functions and claims processing

within a framework of rules established by the employer, here CH2M HILL, which has established a trust to fund its disability insurance plan. *See Baker v. Big Star Division*, 893 F.2d 288, 290, n. 2 (11th Cir.1990); *Gelardi*, 761 F.2d at 1325; *Baxter v. C.A. Muer Corp.*, 941 F.2d 451, 455 (6th Cir.1991); *Groves v. Modified Retirement Plan for Hourly Paid Employees of the Johns Manville Corporation and Subsidiaries*, 803 F.2d 109, 116 (3rd. Cir.1986).

Because § 1132(a)(1)(B) contains no provision which would entitle Plaintiff to recover from any entity other than the ***Plan*** for the alleged non-payment of benefits, as a matter of law Plaintiff cannot sustain a claim against Standard pursuant to 29 U.S.C. § 1132(a)(1)(B) for recovery of benefits. *See Walter v. Internat'l Ass'n of Machinists Pension Fund*, 949 F.2d 310, 315 (10th Cir.1991).

> ### 2.    Standard Also Cannot Be Held Liable Under Plaintiff's Claim for Penalties Due to Failure to Produce Plan Documents Under ERISA § 1132(c)(1).

ERISA requires ***Plan Administrators*** to respond to informational requests by plan participants. A Plan Administrator must "upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, plan description ... contract, or other instruments under which the plan is established or operated." 29 U.S.C. § 1024(b)(4). "Any administrator who fails or refuses to comply with a request ... may in the court's discretion be personally liable to such participant ... in the amount of up to $110 a day...." 29 U.S.C. § 1132(c)(1). Such causes of action may be brought only against designated Plan Administrators, rather than the Plan itself, or a Third-Party Administrator. *See Jones v. UOP,* 16 F.3d 141, 145 (7th Cir.1994); *Lee v. Burkhart,* 991 F.2d 1004, 1010 n. 5 (2d Cir.1993)*; McKinsey v. Sentry Ins.,* 986

F.2d 401, 403-05 (10th Cir.1993); *Coleman v. Nationwide Life Ins. Co.,* 969 F.2d 54, 62

(4th Cir.1992); *VanderKlok v. Provident Life & Accident Ins. Co.,* 956 F.2d 610, 617-18

(6th Cir.1992); *Moran v. Aetna Life Ins. Co.,* 872 F.2d 296, 298-300 (9th Cir.1989);

*Davis v. Liberty Mutual Ins. Co.,* 871 F.2d 1134, 1138 (D.C.Cir.1989).  As noted above,

under ERISA, Administrator is a term of art, and is defined as "the person specifically

so designated by the terms of the instrument under which the plan is operated."  29

U.S.C. § 1002(16)(A)(i).

    The language of §1132(c) and §1002(16)(A)(i) is unambiguous and admits of no

other interpretation.  As fully discussed above, and clear on the face of the Plan,

Standard is not the Plan Administrator, CH2M Hill is.  *See* Exhibit 1 at Bates Nos.

00729 – 731.  Because the Plan specifically designates CH2M Hill as the Plan

Administrator, Standard cannot be liable to Plaintiff under 29 U.S.C. § 1132(c).

<u>**CONCLUSION**</u>

    The CH2M Hill Plan is clear in its designation of both the Plan Administrator

and the Plan Sponsor.  Consequently, Standard, which acts solely in the capacity of the

third-party administrator, must be granted its Motion to Dismiss both of Plaintiff's

claims as a matter of law.

Respectfully submitted this 11th day of December, 2006.

/s/ Craig D. Galli
Craig D. Galli
Michael S. Beaver
Catherine C. Crane
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO  80111-2800
Telephone: 303-290-1600
FAX: 303-290-1606
E-mail: mbeaver@hollandhart.com

ATTORNEYS FOR DEFENDANTS CH2M
HILL GROUP DISABILITY PLAN and THE
STANDARD INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD  20910

/s/  Barbara Thurgood

3642719_1.DOC

**EXHIBIT 1**

*LONG TERM DISABILITY COMPONENT PLAN*

00726




## Table of Contents

COVERAGE FEATURES ..................................................................................................1
    GENERAL LTD COMPONENT PLAN INFORMATION ............................................1
    SCHEDULE OF COVERAGE ...........................................................................1
    MEMBER CONTRIBUTIONS ............................................................................2
    LTD COMPONENT PLAN DATA .......................................................................2
STATEMENT OF COVERAGE .......................................................................................3
BECOMING COVERED ................................................................................................3
WHEN YOUR COVERAGE BECOMES EFFECTIVE ..........................................................3
ACTIVE WORK PROVISIONS .......................................................................................4
CONTINUITY OF COVERAGE ......................................................................................5
WHEN YOUR COVERAGE ENDS ..................................................................................5
WAIVER OF PREMIUM ...............................................................................................5
REINSTATEMENT OF COVERAGE ................................................................................6
DEFINITION OF DISABILITY .......................................................................................6
SPECIAL DISMEMBERMENT PROVISION .....................................................................7
RETURN TO WORK PROVISIONS .................................................................................8
REASONABLE ACCOMODATION EXPENSE BENEFIT .....................................................9
REHABILITATION PLAN PROVISION ............................................................................9
TEMPORARY RECOVERY ...........................................................................................9
WHEN LTD BENEFITS END ........................................................................................10
PREDISABILITY EARNINGS ........................................................................................10
DEDUCTIBLE INCOME ..............................................................................................11
EXCEPTIONS TO DEDUCTIBLE INCOME ......................................................................12
RULES FOR DEDUCTIBLE INCOME ............................................................................12
SUBROGATION .......................................................................................................13
SURVIVORS BENEFIT ...............................................................................................13
BENEFITS AFTER COVERAGE ENDS OR IS CHANGED ...................................................14
EFFECT OF NEW DISABILITY .....................................................................................14
DISABILITIES EXCLUDED FROM COVERAGE ...............................................................14
DISABILITIES SUBJECT TO LIMITED PAY PERIODS ......................................................14
LIMITATIONS ..........................................................................................................15
CLAIMS ..................................................................................................................16
ALLOCATION OF AUTHORITY ...................................................................................18
TIME LIMITS ON LEGAL ACTIONS ..............................................................................18
INCONTESTABILITY PROVISIONS ..............................................................................18
CLERICAL ERROR ....................................................................................................19
TERMINATION OR AMENDMENT OF THE PLAN ...........................................................19
DEFINITIONS ..........................................................................................................19

## Index of Defined Terms

Active Work, Actively At Work, 4
Allowable Periods, 9
Annual Enrollment Period, 4
Any Occupation, 7
Any Occupation Period, 2

Benefit Waiting Period, 19

Contributory, 19
CPI-W, 19

Deductible Income, 11
Disabled, 6, 7

Eligibility Waiting Period, 1
Employer, 19
Employer(s), 1

Funding Medium, 3

Hospital, 15

Indexed Predisability Earnings, 19
Injury, 19

Loss, 7
LTD Benefit, 19

Material Duties, 6, 7
Maximum Benefit Period, 2, 19
Maximum LTD Benefit, 2
Medical History, 4

Member, 1, 3
Mental Disorder, 15
Minimum Benefit Period, 2
Minimum LTD Benefit, 2

Noncontributory, 19

Other Limited Conditions, 15
Own Occupation, 6
Own Occupation Period, 2

Physical Disease, 20
Physician, 20
Plan, 20
Plan Effective Date, 1
Plan Sponsor, 1
Plan Trustee(s), 3
Plan Year End Date, 3
Predisability Earnings, 10
Pregnancy, 20
Prior Plan, 20
Proof Of Loss, 16

Reasonable Accommodation Expense Benefit, 9
Rehabilitation Plan, 9

Substance Abuse, 15
Survivors Benefit, 13

Temporary Recovery, 9

War, 7, 14
Work Earnings, 8

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

# COVERAGE FEATURES

This section contains many of the features of your long term disability (LTD) coverage. Other provisions, including exclusions, limitations, and Deductible Income, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL LTD COMPONENT PLAN INFORMATION

| | |
|---|---|
| Plan Sponsor: | CH2M Hill Companies, Ltd. |
| Employer(s): | CH2M Hill Companies, Ltd. and affiliates |
| ASO Number: | 465746-A |
| Plan Effective Date: | January 1, 2002 |

Member means a citizen or resident of the United States or Canada and one of the following:

1. A full-time employee of the Employer who is Actively At Work at least 40 hours each week; or

2. A part-time employee of the Employer who is Actively At Work between 20 and 39 hours each week.

For purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days.

Member does not include (a) an employee of Engineering Survey of Northern California, Inc. who is covered under Operating Engineers Local No. 3, Health and Welfare Plan, (b) a full-time member of the armed forces of any country, (c) a leased employee, or (d) an independent contractor.

## SCHEDULE OF COVERAGE

Eligibility Waiting Period:

You are eligible for Coverage under Plan 1 on the later of:

    a. The Plan Effective Date; and

    b. The date you become a Member.

You are eligible for Coverage under Plan 2 on the latest of:

    a. The Plan Effective Date;

    c. The date you become a Member; and

    c. The date your Predisability Earnings first exceed $5,000.

Eligibility Waiting Period means the period you must be a Member before you become eligible for Coverage.

00729

| Own Occupation Period: | The first 24 months for which LTD Benefits are payable. |
| Any Occupation Period: | From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |

| LTD Benefit: | Plan 1 (basic): 66 2/3% of the first $5,000 of your Predisability Earnings, reduced by Deductible Income. |
| | Plan 2 (additional): 66 2/3% of the next $10,000 of your Predisability Earnings, reduced by Deductible Income. |
| Maximum LTD Benefit: | Plan 1: $3,333 before reduction by Deductible Income. |
| | Plan 2: $6,667 before reduction by Deductible Income. |
| Minimum LTD Benefit: | $50 (Plan 1 and Plan 2 combined) |

Plan 2 LTD Benefits, if any, are payable in addition to Plan 1 LTD Benefits.

| Benefit Waiting Period: | 180 days |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |

| Age | Maximum Benefit Period |
|-----|------------------------|
| 59 or younger | To age 65 |
| 60 through 68 | To age 70 or for 5 years, whichever is shorter |
| 69 or older | 1 year |

Your Minimum Benefit Period is determined as follows:

| Loss | Minimum Benefit Period |
|------|------------------------|
| One hand, one foot, or sight of one eye: | 12 months |
| Two or more of the above Losses: | 24 months |

See Special Dismemberment.

EMPLOYEE LTD BENEFITS RECEIVED

SEP 2 3 2002

## MEMBER CONTRIBUTIONS

| Plan 1 Coverage is: | Noncontributory |
| Plan 2 Coverage is: | Contributory |

## LTD COMPONENT PLAN DATA

| Name, Address of Plan Sponsor: | CH2M Hill Companies, Ltd. PO Box 22508 Denver, CO 80222-5125 |
| Plan Sponsor Tax ID Number: | 93-0549963 |
| Plan Number: | 504 |

CH2M Hill Disability Plan

1/2002 LTD - 2

00730

| | |
|---|---|
| Type Of Administration: | Contract and Insurer |
| Plan Administrator: | Director of Benefit Planning<br>CH2M Hill Companies, Ltd.<br>P.O. Box 22508<br>Denver, CO 80222-0508<br>(303) 771-0900 |
| Named Fiduciary: | Plan Sponsor |
| Agent for Service of Legal Process: | Chief Corporate Counsel<br>CH2M Hill, Inc.<br>6060 South Willow Drive<br>Englewood, CO 80111-5112 |
| Plan Trustee(s) | International Trust Group, Wells Fargo Bank |
| Source Of Plan Funding: | 501(c)(9) Voluntary Employees' Beneficiary Association |
| Funding Medium | Tax-exempt trust |
| Plan Records Kept On: | Calendar Year Basis |
| Plan Year-End Date: | December 31 |

## STATEMENT OF COVERAGE

If you become Disabled while covered under the Plan, we will pay LTD Benefits according to the terms of the Plan after we receive Proof Of Loss satisfactory to us.

## BECOMING COVERED

To become covered you must be a Member, complete your Eligibility Waiting Period, and meet the requirements in Active Work Provisions and When Your Coverage Becomes Effective.

You are a Member if you are a citizen or resident of the United States or Canada and one of the following:

1. A full-time employee of the Employer who is Actively At Work at least 40 hours each week; or

2. A part-time employee of the Employer who is Actively At Work between 20 and 39 hours each week.

For purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days.

Member does not include (a) an employee of Engineering Survey of Northern California, Inc. who is covered under Operating Engineers Local No. 3, Health and Welfare Plan, (b) a full-time member of the armed forces of any country, (c) a leased employee, or (d) an independent contractor.

Eligibility Waiting Period means the period you must be a Member before you become eligible for coverage. Your Eligibility Waiting Period is shown in the Coverage Features.

(VAR MBR DEF) LT BI OT.1

## WHEN YOUR COVERAGE BECOMES EFFECTIVE

A. When Coverage Becomes Effective

Subject to the Active Work Provisions, your coverage becomes effective as follows:

1. Coverage Subject To Medical History

Coverage subject to Medical History becomes effective on the date we approve your Medical History.

CH2M Hill Disability Plan

1/2002 LTD - 3

00731

2.  Coverage Not Subject To Medical History

    a.  Plan 1 Coverage

        Coverage under Plan 1 becomes effective on the date you become eligible.

    b.  Plan 2 Coverage

        You must apply in writing for Coverage under Plan 2 and agree to pay premiums. Coverage under Plan 2 not subject to Medical History becomes effective on:

        i.  The date you become eligible if you apply on or before that date; or

        ii.  The date you apply if you apply within 31 days after you become eligible.

        Late application:  Medical History is required if you apply more than 31 days after you become eligible for Plan 2.

    Annual Enrollment Period means the period designated each year by the Employer during which a Member may elect changes in benefit plans.

B.  Takeover Provisions

    1.  If you were covered under the Prior Plan on the day before the effective date of your Employer's coverage under the Plan, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Plan.

    2.  You must submit satisfactory Medical History to become covered if you were eligible for coverage under the Prior Plan for more than 31 days but were not covered.

C.  Medical History Requirement

    Medical History satisfactory to us is required:

    a.  For late application for Contributory coverage.  This requirement is waived if you apply for Plan 2 coverage during the first Annual Enrollment Period following the date you become eligible.

    b.  For Members eligible but not covered under the Prior Plan.

    c.  For reinstatements if required.

    Providing **Medical History** means you must:

    1.  Complete and sign our medical history statement;

    2.  Sign our form authorizing us to obtain information about your health;

    3.  Undergo a physical examination, if required by us, which may include blood testing; and

    4.  Provide any additional information about your medical history that we may reasonably require.

(VAR EOI) LT.EF.OT.1

## ACTIVE WORK PROVISIONS

A.  Active Work Requirement

    You must be Actively at Work on the day of the scheduled effective date of your coverage or your coverage will not become effective as scheduled.  If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day of the scheduled effective date of your coverage, your coverage will not become effective until the day after you complete one full day of Active Work as an eligible Member.

    **Active Work** and **Actively At Work** mean performing with reasonable continuity the Material Duties of your Own Occupation at your Employer's usual place of business.

B.  Changes In Coverage

    This Active Work requirement also applies to any increase in your coverage.

00732

LT.AW.OT.1

# CONTINUITY OF COVERAGE

A.  Waiver Of Active Work Requirement

If you were covered under the Prior Plan on the day before the effective date of your Employer's coverage under the Plan, you can become covered on the effective date of your Employer's coverage without meeting the Active Work requirement.  See Active Work Provisions.

The LTD Benefit payable for a period of continuous Disability beginning before you meet the Active Work requirement will be:

1.  The monthly benefit which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by

2.  Any benefits payable under the Prior Plan.

There is no Minimum LTD Benefit if there is a reduction by benefits payable under the Prior Plan.

(OX AND AW) LT.CC.OT.1

# WHEN YOUR COVERAGE ENDS

Your coverage ends automatically on the earliest of:

1.  The date the last period ends for which you made a required Member contribution, if your coverage is contributory.

2.  The date the Plan terminates.

3.  The date your employment terminates.

4.  The date you cease to be a Member. However, your coverage will be continued during the following periods when you are absent from Active Work, unless it ends under any of the above.

    a.  During the first 90 days of a temporary or indefinite administrative or involuntary leave of absence, provided your Employer is paying you at least the same Predisability Earnings paid to you immediately before you ceased to be a Member. A period when you are absent from Active Work as part of a severance or other employment termination agreement is not a leave of absence, even if you are receiving the same Predisability Earnings.

    b.  During a leave of absence if continuation of your coverage under the Plan is required by a state-mandated family or medical leave act or law.

    c.  During any other temporary leave of absence approved by your Employer in advance and in writing and scheduled to last 30 days or less. A period of Disability is not a leave of absence.

LT.EN.OT.1X

# WAIVER OF PREMIUM

We will waive payment of premium for your coverage while LTD Benefits are payable.

LT.WP.OT.1

# REINSTATEMENT OF COVERAGE

If your coverage ends, you may become covered again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability, your coverage will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived.

2. If your coverage ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 12 months, the Eligibility Waiting Period will be waived.

3. If your coverage ends because you fail to make a required premium contribution, you must provide Medical History to become covered again.

4. If your coverage ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your coverage will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. In no event will coverage be retroactive to the date your coverage ended initially.

LT.RE.OT.1X

# DEFINITION OF DISABILITY

You are Disabled if you meet the following definitions during the periods they apply:

  A. Own Occupation Definition Of Disability.

  B. Any Occupation Definition Of Disability.

A. Own Occupation Definition Of Disability

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

1. You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

2. You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

B. Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are **Disabled** from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

**Any Occupation** means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

**Material Duties** means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

Your Benefit Waiting Period, Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

(OWN_ANY_WITH 40) LT.DD.OT.1

## SPECIAL DISMEMBERMENT PROVISION

If you suffer a Loss as a result of an accident, you will be considered Disabled for the applicable Minimum Benefit Period, even if this causes LTD Benefits to be paid beyond the end of the Maximum Benefit Period. You will not be considered Disabled for more than the longer Minimum Benefit Period shown in the **Coverage Features** with respect to all Losses from the same accident.

A. Definition Of Loss

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

Loss means loss of hand, foot, or sight which:

2. Occurs independently of all other causes;

3. Occurs within 90 days after the accident; and

4. Occurs while you are covered under the Plan, unless the Plan terminates after the accident and you are continuously Disabled from the date the Plan terminates to the date of the Loss.

With respect to a hand or foot, Loss means actual and permanent severance from the body at or above the wrist or ankle joint. With respect to sight, Loss means entire and irrecoverable loss of sight.

B. Minimum Benefit Period

See the Coverage Features for your Minimum Benefit Period.

The Minimum Benefit Period begins on the date of the Loss. The Minimum Benefit Period counts as part of the Maximum Benefit Period.

During the Minimum Benefit Period your LTD Benefit will not be reduced by sick pay or other salary continuation paid to you by your Employer or by your Work Earnings.

C. Exclusions

No LTD Benefit is payable under this provision if the Loss or accident is caused or contributed to by any of the exclusions listed in the section entitled Exclusions or any of the following:

1. War or any act of War. War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

2. Attempted suicide or other intentionally self-inflicted Injury, while sane or insane.

3. Committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot. Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

4. Sickness or Pregnancy existing at the time of the accident.

5. Heart attack or stroke.

CH2M Hill Disability Plan

1/2002 LTD - 7

6.  Medical or surgical treatment for any of the above.

LT.SD.08

# RETURN TO WORK PROVISIONS

A.  Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be payable for any period when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

During the Any Occupation Period no LTD Benefits will be payable for any period when you are able to work in Any Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

B.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive applies as follows:

1.  During the first 24 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

    a.  Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

    b.  Determine 100% of your Indexed Predisability Earnings.

    c.  If a. is greater than b., the difference will be Deductible Income.

2.  After those first 24 months, 50% of your Work Earnings will be Deductible Income.

C.  Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled, plus the earnings you could receive if you worked as much as you are able to, considering your Disability, in work that is reasonably available:

a.  In your Own Occupation during the Own Occupation Period; and

b.  In Any Occupation during the Any Occupation Period.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1.  Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2.  Will not be limited to the taxable income you report to the Internal Revenue Service.

3.  May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4.  May ignore depreciation as a deduction from your gross earnings.

5.  May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 60% of your Indexed Predisability Earnings.

00736

LT.RW.OT.1

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

LT.RA.OT.1

## REHABILITATION PLAN PROVISION

While you are Disabled you may qualify to participate in a Rehabilitation Plan. **Rehabilitation Plan** means a written plan, program or course of vocational training or education that is intended to prepare you to return to work.

To participate in a Rehabilitation Plan you must apply on our forms or in a letter to us. The terms, conditions and objectives of the plan must be accepted by you and approved by us in advance. We have the sole discretion to approve your Rehabilitation Plan.

An approved Rehabilitation Plan may include our payment of some or all of the expenses you incur in connection with the plan, including:

a.   Training and education expenses.

b.   Family care expenses.

c.   Job-related expenses.

d.   Job search expenses.

LT.RH.OT.1

## TEMPORARY RECOVERY

You may temporarily recover from your Disability and then become Disabled again from the same cause or causes without having to serve a new Benefit Waiting Period. **Temporary Recovery** means you cease to be Disabled for no longer than the applicable Allowable Period. See **Definition Of Disability.**

A.   Allowable Periods

1.   During the Benefit Waiting Period: a total of 30 days of recovery.

2.   During the Maximum Benefit Period: 180 days for each period of recovery.

B.   Effect Of Temporary Recovery

If your Temporary Recovery does not exceed the Allowable Periods, the following will apply.

1.   The Predisability Earnings used to determine your LTD Benefit will not change.

2.   The period of Temporary Recovery will not count toward your Benefit Waiting Period, your Maximum Benefit Period or your Own Occupation Period.

3.   No LTD Benefits will be payable for the period of Temporary Recovery.

4.   No LTD Benefits will be payable after benefits become payable to you under any other disability coverage plan under which you become covered during your period of Temporary Recovery.

5.   Except as stated above, the provisions of the Plan will be applied as if there had been no interruption of your Disability.

LT.TR.OT.1

## WHEN LTD BENEFITS END

Your LTD Benefits end automatically on the earliest of:

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4. The date benefits become payable under any other LTD plan under which you become covered through employment during a period of Temporary Recovery.

5. The date you fail to provide proof of continued Disability and entitlement to LTD Benefits.

LT.BE.OT.1

## PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your earnings in effect on your last full day of Active Work. Any subsequent change in your earnings after that last full day of Active Work will not affect your Predisability Earnings.

Predisability Earnings means your monthly rate of earnings from your Employer, including:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement;

   d. An executive nonqualified deferred compensation arrangement; or

   e. An executive non-qualified welfare benefit plan.

2. Shift differential pay.

3. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings do not include:

1. Bonuses.

2. Commissions.

3. Overtime pay.

4. Your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

5. Any other extra compensation.

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

If you are paid on an annual contract basis, your monthly rate of earnings is one-twelfth (1/12th) of your annual contract salary.

If you are a part-time employee: Your hourly pay rate is multiplied by your average weekly work hours for the 12 weeks immediately preceding your Disability to find your weekly rate of earnings, which is multiplied by 4.333 to find your monthly rate of earnings.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

(REG NO COM) LI.PD.OT.1

# DEDUCTIBLE INCOME

Subject to Exceptions To Deductible Income, Deductible Income means:

1. Sick pay, annual or personal leave pay, severance pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer.

2. Your Work Earnings, as described in the Return To Work Provisions.

3. Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. The Jones Act;

   c. Maritime Doctrine of Maintenance, Wages, or Cure;

   d. Longshoremen's and Harbor Worker's Act; or

   e. Any similar act or law.

4. Any amount you, your spouse, or your child under age 18 receive or are eligible to receive because of your disability or retirement under:

   a. The Federal Social Security Act;

   b. The Canada Pension Plan;

   c. The Quebec Pension Plan;

   d. The Railroad Retirement Act; or

   e. Any similar plan or act.

   Full offset: Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

   Benefits your spouse or a child receives or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence. The term "child" has the meaning given in the applicable plan or act.

5. Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6. Any amount you receive or are eligible to receive because of your disability under any insurance coverage, as determined below:

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, add the amount you receive or are eligible to receive from any insurance coverage because of your disability.

   b. Determine 80% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

9. Any disability or retirement (or early retirement) benefits paid to you, your dependents, or any other person because of your retirement under a tax qualified defined benefit pension plan to which the Employer made a contribution, except for any lump sum distribution of your entire interest in the plan.

10. Any disability or retirement benefits you receive under your Employer's retirement plan.

9. Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

10. Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

11. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgment, settlement or other method. If you notify us before filing suit or settling your claim against such third

CH2M Hill Disability Plan

party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

12. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

(FULL OTHR OFFST_% OTHR OFFST_PRIV_WITH 3RD) LT.DI.OT.1

# EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Early retirement benefits under the Federal Social Security Act, which are not actually received.

5. Group credit or mortgage disability coverage benefits.

6. Accelerated death benefits paid under a life coverage policy.

7. Benefits from the following:

   a. Profit sharing plan.

   b. Thrift or savings plan.

   c. Deferred compensation plan.

   d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

   e. Individual Retirement Account (IRA).

   f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

   g. Stock ownership plan.

   j. Keogh (HR-10) plan.

   k. A defined contribution plan.

8. The following amounts under your Employer's retirement plan:

   a. A lump sum distribution of your entire interest in the plan.

   b. Any amount which is attributable to your contributions to the plan.

   c. Any amount you could have received upon termination of employment without being disabled or retired.

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

(PRIV_WITH OTHR OFFST) LT.ED.OT.1

# RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

00740



**B.   Your Duty To Pursue Deductible Income**

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

**C.   Pending Deductible Income**

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

**D.   Overpayment Of Claim**

We will notify you of the amount of any overpayment of your claim. You must immediately repay us. You will not receive any LTD Benefits until we have been repaid in full. In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

LT.RU.OT.1

## SUBROGATION

If LTD Benefits are paid or payable to you under the Plan as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of LTD Benefits, and such notice shall constitute a lien on any judgment recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgment recovered the amount of LTD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

LT.SG.OT.1

## SURVIVORS BENEFIT

If you die while LTD Benefits are payable, and on the date you die you have been continuously Disabled for at least 180 days, we will pay a Survivors Benefit according to 1 through 4 below.

1.   The Survivors Benefit is a lump sum equal to 3 times your LTD Benefit without reduction by Deductible Income.

2.   The Survivors Benefit will first be applied to reduce any overpayment of your claim.

3.   The Survivors Benefit will be paid at our option to any one or more of the following:

    a.   Your surviving spouse;

    b.   Your surviving unmarried children, including adopted children, under age 25;

    c.   Your surviving spouse's unmarried children, including adopted children, under age 25; or

    d.   Any person providing the care and support of any person listed in a., b., or c. above.

4.   No Survivors Benefit will be paid if you are not survived by any person listed in a., b., or c. above.

LT.SB.OT.1

CH2M Hill Disability Plan                                                             1/2002 LTD - 13

00741

## BENEFITS AFTER COVERAGE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay LTD Benefits according to the terms of the Plan in effect on the date you become Disabled. Your right to receive LTD Benefits will not be affected by:

1. Any amendment to the Plan that is effective after you become Disabled.

2. Termination of the Plan after you become Disabled.

LT.BA.OT.1

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while LTD Benefits are payable, LTD Benefits will continue while you remain Disabled. However, 1 and 2 apply.

1. LTD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2. The Disabilities Excluded From Coverage, Disabilities Subject To Limited Pay Periods, and Limitations sections will apply to the new cause of Disability.

LT.ND.OT.1

## DISABILITIES EXCLUDED FROM COVERAGE

A. War

You are not covered for a Disability caused or contributed to by War or any act of War. War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B. Intentionally Self-Inflicted Injury

You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

C. Loss Of License Or Certification

You are not covered for a Disability caused or contributed to by the loss of your professional license, occupational license or certification.

D. Violent Or Criminal Conduct

You are not covered for a Disability caused or contributed to by your committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot. Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

## DISABILITIES SUBJECT TO LIMITED PAY PERIODS

A. Mental Disorders, Substance Abuse and Other Limited Conditions

Payment of LTD Benefits is limited to 24 months during your entire lifetime for a Disability caused or contributed to by any one or more of the following, or medical or surgical treatment of one or more of the following:

1. Mental Disorders;

2. Substance Abuse; or

3. Other Limited Conditions.

However, if you are confined in a Hospital solely because of a Mental Disorder at the end of the 24 months, this limitation will not apply while you are continuously confined.

**Mental Disorder** means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms. Mental Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic depressive illness, depression and depressive disorders, anxiety and anxiety disorders.

**Substance Abuse** means use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

**Other Limited Conditions** means chronic fatigue conditions (such as chronic fatigue syndrome, chronic fatigue immunodeficiency syndrome, post viral syndrome, limbic encephalopathy, Epstein-Barr virus infection, herpesvirus type 6 infection, or myalgic encephalomyelitis), any allergy or sensitivity to chemicals or the environment (such as environmental allergies, sick building syndrome, multiple chemical sensitivity syndrome or chronic toxic encephalopathy), chronic pain conditions (such as fibromyalgia, reflex sympathetic dystrophy or myofascial pain), carpal tunnel or repetitive motion syndrome, temporomandibular joint disorder, craniomandibular joint disorder, arthritis, diseases or disorders of the cervical thoracic, or lumbosacral back and its surrounding soft tissue, and sprains or strains of joints or muscles.

However, Other Limited Conditions does not include neoplastic diseases, neurologic diseases, endocrine diseases, hematologic diseases, asthma, allergy-induced reactive lung disease, tumors, malignancies, or vascular malformations, demyelinating diseases, lupus, rheumatoid or psoriatic arthritis, herniated discs with neurological abnormalities that are documented by electromyogram and computerized tomography or magnetic resonance imaging, scoliosis, radiculopathies that are documented by electromyogram, spondylolisthesis, grade II or higher, myelopathies and myelitis, traumatic spinal cord necrosis, osteoporosis, discitis, Paget's disease.

**Hospital** means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

B.   Rules For Disabilities Subject To Limited Pay Periods

1.   If you are Disabled as a result of a Mental Disorder or any Physical Disease or Injury for which payment of LTD Benefits is subject to a limited pay period, and at the same time are Disabled as a result of a Physical Disease, Injury, or Pregnancy that is not subject to such limitation, LTD Benefits will be payable first for conditions that are subject to the limitation.

2.   No LTD Benefits will be payable after the end of the limited pay period, unless on that date you continue to be Disabled as a result of a Physical Disease, Injury, or Pregnancy for which payment of LTD Benefits is not limited.

(WITH MUSC) LT.LP.OT.1

# LIMITATIONS

A.   Care Of A Physician

You must be under the ongoing care of a Physician in the appropriate specialty as determined by us during the Benefit Waiting Period. No LTD Benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician in the appropriate specialty as determined by us.

B.   Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be paid for any period of Disability when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

During the Any Occupation Period, no LTD Benefits will be paid for any period of Disability when you are able to work in Any Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but elect not to work.

C.   Rehabilitation Program

No LTD Benefits will be paid for any period of Disability when you are not participating in good faith in a plan, program or course of medical treatment or vocational training or education approved by us unless your Disability prevents you from participating.

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

1/2002 LTD – 15

00743

D. Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

LT.LM.OT.1X

# CLAIMS

A. Filing A Claim

Claims should be filed on our forms. If we do not provide our forms within 10 working days after they are requested, you may submit your claim in a letter to us. The letter should include the date disability began, and the cause and nature of the disability.

B. Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period. If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period. If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

C. Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities, which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D. Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

E. Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F. Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them. LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G. Notice Of Decision On Claim

We will evaluate your claim promptly after you file it. Within 45 days after we receive your claim we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days. Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days. If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, we may decide your claim based on the information we have received.

If we deny any part of your claim, you will receive a written notice of denial containing:

1. The reasons for our decision.

2. Reference to the parts of the Plan on which our decision is based.

3. Reference to any internal rule, guidelines, protocol or similar criterion relied upon in making our decision.

4. A description of any additional information needed to support your claim.

5. Information concerning your right to a review of our decision.

6. Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

H. Appeal Procedure

If all or part of a claim is denied, you may request an appeal. You must request an appeal in writing within 180 days after receiving notice of the denial. Requests for appeals should be sent to the address specified in the claim denial.

You may send us written comments or other items to support your claim. You may review and receive copies of any non-privileged information that is relevant to your request for review. There will be no charge for such copies. You may request the names of medical or vocational experts who provided advice to us about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision.

If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, we will provide you with the names of each such expert, regardless of whether the advice was relied upon. If the denial was based on a medical judgment, the person conducting the review will consult with a qualified health care professional who is someone other than the person who made the original medical judgment and will not be subordinate to that person. Our review will include any written comments or other items you submit to support your claim.

We will review your claim promptly after we receive your request. Within 45 days after we receive your request for review we will send you: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If we extend the review period, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim on review; and (c) any additional information we need to decide your claim.

If we request additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, we may conclude our review of your claim based on the information we have received.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U. S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

A notice that your request on appeal is denied will contain the following, information:

1. The specific reason(s) for the appeal determination.

2. Reference to the specific Plan provision(s) on which the determination is based.

7. A statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request).

00745

8. A statement describing your right to bring a civil suit under federal law.

9. A statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination.

10. A statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency."

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

The Plan does not provide voluntary alternative dispute resolution options. Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

I. Assignment

The rights and benefits under the Plan are not assignable.

## ALLOCATION OF AUTHORITY

Except for those functions, which the Plan specifically reserves to the Plan Sponsor or Employer, we have full and exclusive authority to control and manage the Plan, to administer claims, and to interpret the Plan and resolve all questions arising in the administration, interpretation, and application of the Plan.

Our authority includes, but is not limited to:

1. The right to resolve all matters when a review has been requested;

2. The right to establish and enforce rules and procedures for the administration of the Plan and any claim under it;

3. The right to determine:

    a. Eligibility for coverage;

    b. Entitlement to benefits;

    c. The amount of benefits payable; and

    d. The sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Plan, any decision we make in the exercise of our authority is conclusive and binding.

LT.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss. No such action may be brought more than three years after the earlier of:

1. The date we receive Proof Of Loss; and

2. The time within which Proof Of Loss is required to be given.

LT.TL.OT.1

## INCONTESTABILITY PROVISIONS

Any statement made to obtain coverage or to increase coverage is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim or contest the validity of coverage unless:

1. The coverage would not have been approved if we had known the truth; and

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

CH2M Hill Disability Plan

1/2002 LTD - 18

00746

2. We have given you or any other person claiming benefits a copy of the signed written instrument, which contains the misrepresentation.

After coverage has been in effect for two years during the lifetime of the covered, we will not use a misrepresentation to reduce or deny the claim, unless it was a fraudulent misrepresentation.

LT.IN.OT.1

## CLERICAL ERROR

Clerical error by us, your Employer, Claims Administrator, or their respective employees or representatives will not:

1. Cause a person to become covered.

2. Invalidate coverage under the Plan otherwise validly in force.

3. Continue coverage under the Plan otherwise validly terminated.

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

## TERMINATION OR AMENDMENT OF THE PLAN

We may terminate the Plan in whole or in part, and may terminate coverage for any class or group of Members, at any time.

Benefits under the Plan are limited to its terms, including any valid amendment. No change in the Plan will be valid unless approved by Plan Sponsor and evidenced by an amendment. No agent has authority to change the Plan or to waive any of its provisions.

Any such change or amendment of the Plan may apply to current or future Members or to any separate classes or groups of Members.

AS.TA.02X

## DEFINITIONS

**Benefit Waiting Period** means the period you must be continuously Disabled before LTD Benefits become payable. No LTD Benefits are payable for the Benefit Waiting Period. See Coverage Features.

**Contributory** means coverage is elective and Members pay all or part of the cost for coverage.

**CPI-W** means the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. If the CPI-W is discontinued or changed, we may use a comparable index. Where required, we will obtain prior state approval of the new index.

**Employer** means an employer (including approved affiliates and subsidiaries) for which coverage under the Plan is approved in writing by us.

**Indexed Predisability Earnings** means your Predisability Earnings adjusted by the rate of increase in the CPI-W. During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. The maximum adjustment in any year is 10%. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

**Injury** means an injury to the body.

**LTD Benefit** means the monthly benefit payable to you according to the terms of the Plan.

**Maximum Benefit Period** means the longest period for which LTD Benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins at the end of the Benefit Waiting Period. No LTD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See Coverage Features.

**Noncontributory** means (a) coverage is nonelective and the Plan Sponsor or Employer pay the entire cost of coverage; or (b) the Plan Sponsor or Employer require all eligible Members to have coverage and to pay all or part of the cost for coverage.

00747

**Physical Disease** means a physical disease entity or process that produces structural or functional changes in the body as diagnosed by a Physician.

**Physician** means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent, or child of either you or your spouse.

**Plan** means your Employer's disability income benefit plan established by the Plan Sponsor and identified by the ASO Number.

**Pregnancy** means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

**Prior Plan** means your Employer's disability income benefit plan in effect on the day before the effective date of your Employer's participation under the Plan and which is replaced by coverage under the Plan.

LT.DF.OT.1X

EMPLOYEE LTD BENEFITS
RECEIVED

SEP 2 3 2002

00748

# AMENDMENT NO. 12

Attached to and made a part of the

LONG TERM DISABILITY COVERAGE PLAN

adopted by CH2M Hill Companies, Ltd. as PLAN SPONSOR.

It is agreed that the PLAN is amended as follows:

1.  PLAN Document 465746 is replaced by PLAN Document 465746-A.

2.  The **Active Work Provisions** will not be construed to terminate COVERAGE for any Member who was covered under the PLAN as of December 31, 2001.

3.  For the purposes of the **Incontestability Provisions**, PLAN Document 465746-A will be deemed to be in effect since July 1, 1983.

This amendment is effective January 1, 2002.

Any increase in amounts of coverage for a Member who is incapable of Active Work on January 1, 2002 will be deferred until the next day after the Member completes one full day of Active Work.

**EXHIBIT 2**

# Disability Plans

*This Summary was prepared for the Plan as it exists on January 1, 2002. However, CH2M HILL Ltd., has the power to amend the Plan from time to time. You will periodically receive updates of any amendments from CH2M HILL, Ltd. which you should keep with this summary.*

*Because this is only a summary of the official governing Plan document, it cannot cover all the details of the Plan or how the rules will apply to every person in every situation. In the event there is any conflict between the SPD and the Plan document, the official Plan document will always be followed in the actual determination of your benefits or rights.*

## Plan Highlights

CH2M HILL Group Disability Plan (the "Plan") is designed to minimize financial hardship by providing income if you become disabled while actively employed with CH2M HILL, Ltd. or its participating subsidiaries (the "Employer"). Once you are eligible to participate, coverage is provided automatically by the Employer. The Plan contains both short-term and long-term disability coverage. This Summary Plan Description ("SPD" or "Summary") is provided to explain in easy-to-understand language how the Plan works and what your benefits and rights, as well as your obligations, are under the Plan. The following are the highlights of this Summary.

| | |
|---|---|
| Eligibility | Full-time employees and part-time employees are eligible for both short-term and long-term disability benefits as of the first day of active employment with the Employer. |
| Your Contributions | Coverage under the Plan is paid for by the Employer, with the exception of costs for elected supplemental coverage available to certain employees. |
| Amount of Coverage | The benefit amount you receive is based on your rate of pay at the time of your disability. |
| When Coverage Begins | Once you are eligible, short-term disability benefits begin on the 9th consecutive calendar day of absence due to disability; long-term disability benefits begin after 180 days of continuous disability. |

## Terms You Should Know

There are several words and phrases that have a specific meaning under the Plan. This section explains those terms so that you can better understand your benefits.

**Actively at Work** - physically performing the customary duties of your job for the regular number of scheduled work hours in a normal workday (including holidays, vacation days or scheduled days off) at your Employer's usual place of business.

**Disability** - For purposes of Short-Term Disability (STD) and the first 24 months of Long-Term Disability (LTD), disability means your inability to perform with reasonable continuity the essential functions of your own occupation due to physical disease, injury, pregnancy or mental disorder. Thereafter, disability means your complete inability to work at any occupation for which you are or become reasonably fitted by your education, training and experience.

**Employee** – an employee of the Employer or an affiliate of the Employer other than a leased employee, any individual employed by the Employer as an independent contractor or any employee covered under Operating Engineers No. 3 health or welfare plan.

**Partial Disability** - You are considered partially disabled if you are able to return to work only in a capacity that is reduced from your pre-disability capacity and are able to work a portion of your pre-disability hours.

**Full-Time Employee** - An employee, who is regularly scheduled to work, on average, at least 40 hours per week.

**Part-Time Employee** - An employee who is regularly scheduled to work, on average, between 20 and 39 hours per week.

**Monthly Earnings** - Your basic monthly salary in effect on the last day you were actively at work, exclusive of overtime, bonuses and other extra compensation, but inclusive of amounts deducted on a pre-tax basis pursuant to a salary deduction agreement under a cafeteria plan, retirement savings plan or other similar plan maintained by the Employer.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

# Eligibility

You are automatically eligible for STD and LTD benefits on your first day of employment, provided that you are actively at work on that day. If not, you will be eligible on the first day you are actively at work. STD and LTD benefits are provided to you without evidence of insurability. Eligible employees who elect to purchase supplemental disability coverage may be required to submit evidence of insurability. The Plan Administrator will provide you with further information if you are eligible for supplemental disability coverage.



# Short-Term Disability Benefit

## Benefit Waiting Period

You must be absent 8 consecutive calendar days due to disability in order to qualify to receive STD benefits. You should make application for STD benefits by notifying the Plan Administrator when it appears that your disability may extend beyond the 8-day waiting period. A form will be sent to you with instructions. This form must be completed by you and by your attending physician. Subsequent forms may be required from time to time at the discretion of the Plan Administrator.

## Benefit Payments

After the waiting period the Plan provides 66²/₃% of monthly earnings up to a maximum of $5,000 per month, for a maximum benefit of $3,333 per month. If you are a part-time employee, your benefit will be calculated by multiplying 66²/₃% of your monthly earnings (up to a maximum of $5,000) by a ratio equal to your average weekly work hours for the 12 weeks immediately preceding your disability divided by 40 hours. You may receive STD benefits for a maximum of 6 months.

If a period of disability results from the same cause as a previous period of disability for which monthly benefits were paid, and if the two periods are separated by less than 30 days of employment, they will be treated as one period of disability for purposes of payment of STD benefits.

During such time as you are receiving STD benefits, any group medical, dental and life benefits may continue for you and your dependents as determined under such Employer plans.

## Integration of Paid Time Off and Family and Medical Leave

You may use any accrued paid time off (unless state law requires otherwise) during the 8-day waiting period. Thereafter, if you have any such time remaining, you may use it to make up the 33-1/3% of your Monthly Earnings which are not included under the STD benefits. If you have a balance in your frozen sick leave account, those hours will also be used to make up the 33-1/3% of your Monthly Earnings which are not included under the STD benefits.

If you are eligible for leave under the Family and Medical Leave Act and for STD benefits, the time period during which you receive STD benefits will be counted as leave under the Family and Medical Leave Act.

## Benefit Termination

STD benefits end automatically on the earliest of: 180 days after the date as of which STD Benefits become payable; the date you are no longer disabled or fail to provide proof of continuing disability; the date you die; or the date benefits are payable under any other STD plan.



# Long-Term Disability Benefit

## Benefit Waiting Period

You must be absent from employment for 180 consecutive calendar days due to Disability in order to qualify to receive LTD benefits. You should make application for LTD benefits by notifying the Plan Administrator when it appears that your disability may extend beyond the 180-day waiting period. A form will be sent to you with instructions. This form must be completed by you and by your attending physician. Subsequent forms may be required from time to time at the discretion of the Plan Administrator.

## Benefit Payments

After the waiting period you will receive LTD benefits in the amount of $66^2/_3\%$ of your Monthly Earnings (up to a maximum of $5,000) for a maximum benefit of $3,333 per month.

Your Maximum Benefit Period is determined by your age on the date you become disabled, as follows:

| Under Age 60 | To age 65 |
|---|---|
| Age 60-68 | To age 70 or for five years, whichever is shorter |
| Age 69 or over | One year |

Your LTD benefits will stop at the earliest of (1) your death, (2) when you cease to be disabled, (3) at any time when you no longer qualify for LTD benefits, or (4) at the end of the maximum benefit period as indicated above even if you are still totally disabled.

If a period of disability results from the same cause as a previous period of disability for which monthly benefits were paid, and if the two periods are separated by less than 180 days of employment, they will be treated as one period of disability.

Your LTD coverage and determination of maximum benefit period is also subject to the following limitations:

- Benefits are limited to 24 months during your lifetime for disability caused or contributed to by alcoholism, drug addiction, or use of any hallucinogen.

- Benefits are limited to 24 months for each period of disability caused or contributed to by a mental disorder, unless you are confined in a licensed hospital at the end of the 24 months. In that case, this limitation will not apply while you are continuously confined.

- Benefits are limited to 12 months while you are continuously residing outside the United States or Canada.

- Payment of LTD benefits is limited to 24 months during your entire lifetime for a disability caused or contributed to by chronic fatigue conditions, including, but not limited to:

- Chronic Fatigue Syndrome
- Fibromyalgia
- Chronic Fatigue Immunodeficiency Syndrome
- Post-Viral Syndrome
- Limbic Encephalopathy
- Epstein-Barr virus infection
- Herpesvirus type 6 infection
- Myalgic Encephalomyelitis

### Benefit Termination

LTD benefits end automatically on the earliest of: the date you reach the maximum benefit period; the date you are no longer disabled or fail to provide proof of continuing disability; the date you die; or the date benefits are payable under any other LTD plan.

## Partial Disability

If you receive STD or LTD benefits, and your physician allows you to return to work, you will receive partial disability benefits if you return to work at reduced hours or a reduced wage. This benefit allows you to earn up to 80% of your pre-disability wage by working reduced hours or at reduced wages. The Partial Disability benefit, in combination with wages, cannot exceed 80% of your Monthly Earnings, unless you also integrate accrued sick leave and/or paid time off leave as provided above.

## Other Benefits

### Benefits Paid When Not Actually Disabled

The loss of any combination of two eyes, hands, or feet will be considered as totally disabling for 2 years, and the loss of one eye, hand, or foot will be considered as totally disabling for 12 months, even if you are not actually disabled. Benefits beyond the 2 years (or 12 months) will be continued if you are actually disabled.

### Benefits in the Event of Death

If your death occurs during a period for which monthly disability benefits are payable, payment of the STD or LTD benefit without reduction for income from other sources will be continued to your dependents for 3 months. No survivorship payment will be made if no dependent survives you.



### Rehabilitation Programs

If you engage in employment approved by the Employer as a rehabilitation program, only one-half the amount of your rehabilitation earnings will be deducted from your STD or LTD benefits. However, in no case will the STD or LTD benefits plus rehabilitation earnings amount to more than 80% of your pre-disability monthly earnings. If you engage in employment that is <u>not</u> approved by the Employer, then the full amount of rehabilitation earnings will be deducted from your STD or LTD benefits.

### Social Security

If your disability is expected to last at least 12 months, it is important that you also apply for social security disability benefits as soon as possible. Social security benefits will offset your LTD benefits whether or not you actually apply for and receive them.

### Supplemental Coverage Payment

Under the supplemental coverage you purchase (if any), you will receive additional STD or LTD benefits of $66^2/_3\%$ of your monthly earnings up to a maximum of the next $10,000 (for a possible maximum of $15,000 of monthly earnings). If you do not apply for supplemental coverage within 31 days of initial eligibility (the date your monthly earnings exceed $5,000) under the Plan you must submit medical information to obtain coverage.

# Other Income

Other income is income you and your dependents are eligible to receive because of your age or disability. Other income is subtracted from the disability benefit you would otherwise receive. Other income includes, but is not limited to, the following:

- sick pay or STD pay from any other source

- one-half of any earnings you receive from an approved rehabilitation work program while you are disabled

- workers' compensation benefits, including amounts for partial or total disability, whether permanent or temporary

- any amount payable under the Social Security Act or any similar plan or act (whether or not actually applied for and paid), as determined by the Plan Administrator in its sole discretion

- disability benefits from any other group insurance coverage

- any amount payable by an automobile insurance policy for lost time due to an accident

- disability or retirement benefits payable under any disability or retirement plan to which the Employer made a contribution, except any lump sum distribution of your entire interest in the plan

- any benefits under any unemployment compensation law

- any benefits under any state disability plan



- any amount received by compromise, settlement, or other method as a result of a claim for any of the above

Other income does not include:

- retirement or disability benefits you received from a past employer

- cost of living increases in any income from other sources that become effective while you are disabled

- benefits received from an individually-owned disability insurance policy.

# Exclusions and Limitations

In addition to the LTD limitations listed above, STD or LTD coverage does not cover any disability caused or contributed to by any of the following:

- war or an act of war

- a self-inflicted injury

- your committing or attempting to commit an assault or felony or actively participating in a violent disorder or riot

- loss of your professional or occupational license or certification.

Further,

- No benefits will be paid for any period when you are not seen regularly and treated by a physician in the appropriate specialty as determined by the company or when you are confined for any reason in a penal or correctional institution.

- No benefits will be paid for any period of disability when you are not participating in good faith in a plan, program or course of medical treatment or vocational training or education approved by the company unless your disability prevents you from participating.

## Employment Status While Disabled under LTD

If you remain totally disabled, the Employer continues your active employment status for a period of 17 months from the date you initially became disabled. During that time, your medical, dental and life benefits continue for you and your dependents. Thereafter, your employment is deemed terminated and benefits cease unless otherwise provided by law.

# Miscellaneous Coverage Information

## Loss of Benefits

The Plan may be terminated, modified, amended or changed at any time without the consent of any employee.

You will not be covered under the Plan if:

- You leave your employment prior to becoming disabled.
- You no longer satisfy the eligibility provisions of the Plan.
- Your Plan terminates as to the class of employees to which you belong.
- You cease to be actively at work for any reason other than disability, unless you are on authorized leave and receiving full salary.

## Contributions and Funding

The costs of your benefits under the Plan are paid for by the Employer, with the exception of supplemental disability coverage.

STD benefits are payable from the Employer's general assets.

LTD benefits are funded by the Employer pursuant to a voluntary employees' beneficiary association trust organized under Internal Revenue Code § 501(c)(9) and trusteed by Internation Trust Group, Wells Fargo Bank. Standard Insurance Company serves as Claims Administrator for LTD coverage.

## Claims Procedure

### Denial of Benefits

An employee must file a claim for benefits under the plan with the plan administrator on a form provided by the plan administrator within 30 days of the date of disability. The plan administrator shall make all determinations as to the right of any person to a benefit under the plan. Effective for claims subsequent to January 1, 2002, claims shall be processed as follows:

### Claims

Within 45 days of receiving the claim, (unless notice of an extension not to exceed 30 days is given) the Plan Administrator or its delegated Claims Administrator shall provide adequate notice in writing to any participant or to any beneficiary whose claim for benefits under the Plan has been denied. The notice shall set forth the specific reason for the denial, specific references to pertinent Plan provisions on which the denial is based, a description of any additional material and information needed for the employee to perfect the claim and an explanation of why the material or information is needed, a statement that any appeal the employee wishes to make of the adverse determination shall be made in writing and be received by the Plan Administrator within 180 days after the appealing employee received the denial of benefits notice that failure to appeal the action in writing within the 180-day period shall render the adverse determination final, binding, and conclusive, and the name and address where the employee or beneficiary may send an appeal.

## Appeals

An employee appealing a denial of benefits (or the authorized representative of the employee) shall be entitled to submit in writing any issues and comments relating to the denial. The employee or beneficiary or the duly authorized representative shall be entitled to review pertinent Plan documents. The Plan Administrator shall reexamine all facts related to the appeal and make a final determination as to whether the denial of benefits is justified under the circumstances. The Plan Administrator shall advise the employee of its decision within 45 days after the written request for review, unless special circumstances (such as a hearing) would make the rendering of a decision within the 45-day limit unfeasible, but in no event may the Plan Administrator render a decision on a denial for a claim for benefits later than 90 days after its receipt of a request for review.

# Important Notice of Participants' Rights

As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all Plan participants shall be entitled to:

1. Examine, without charge, at the Plan Administrator's office and at certain other locations (such as worksites), all other documents, including insurance contracts, and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions.

2. Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The administrator may make a reasonable charge for the copies.

3. Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report. (You have the right only if the Plan Administrator is required to file an annual financial report.)

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other interested participants and beneficiaries.

No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the Plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file a suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent for reasons beyond the control of the Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the United States Labor-Management Services Administration, Department of Labor.

## Additional Plan Information

### Plan Name

CH2M HILL Group Disability Plan

### Employer Identification Number

93-0549963

### Plan Number

504

### Type of Welfare Plan

Disability Plan

### Plan Administrator

Director of Benefit Planning
P.O. Box 22508
Denver, CO 80222-0508

The Plan Administrator is responsible for providing you with information regarding your rights and benefits under the Plan, filing various reports and forms with the Department of Labor and the Internal Revenue Service, making all discretionary determinations under the Plan, and giving distribution directions to the Trustee.

### Person Designated as Agent for Legal Service

Chief Corporate Counsel
CH2M HILL, Inc.
9191 S. Jamaica Street
Englewood, CO 80112

**Plan Year**

Calendar year basis ending on each December 31

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158 | ) ) ) ) | **ORDER GRANTING DEFENDANT<br>STANDARD INSURANCE<br>COMPANY'S MOTION TO DISMISS** |
| Plaintiff, | ) ) | **PURSUANT TO FED. R. CIV. P.**<br>**12(b)(6)** |
| vs. | ) ) | |
| THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204, | ) ) ) ) ) ) | Civil Action No. 1:06-CV-01748-CKK |
| and | ) ) | |
| CH2M HILL GROUP DISABILITY<br>PLAN, | ) ) ) | |
| Defendants. | ) ) | |

Upon consideration of the Motion to Dismiss filed by Defendant THE

STANDARD INSURANCE COMPANY,

IT IS HEREBY ORDERED that Standard's Motion to Dismiss is GRANTED in

the above-captioned matter.

Dated this _____ day of December, 2006.


_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT COURT JUDGE


3643215_1.DOC