IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | JOINT STIPULATION FOR<br>DISMISSAL OF ERISA 1132(a)(1)(B)<br>CLAIM AS AGAINST DEFENDANT<br>STANDARD INSURANCE<br>COMPANY<br><br>Civil Action No. 1:06-CV-01748-CKK |

       The undersigned parties, by their respective counsel, hereby stipulate and agree as follows:

       1.    That the claim for disability benefits found at paragraph 20 of Plaintiff's Complaint be dismissed with prejudice as to Defendant Standard Insurance Company, pursuant to Fed.R.Civ.P. 41(a)(1).

       2.    That Plaintiff's remaining claim against Standard for failure to produce certain documents, found at paragraph 23 of the Complaint, as well as all of Plaintiff's claims against Defendant CH2M Hill Group Disability Plan, are unaffected by this joint stipulation.

3.   That the parties will bear their own costs and attorneys' fees respectively in connection with Plaintiff's claim for benefits against Standard Insurance Company.

4.   A proposed Order is attached.

Respectfully submitted this 11th day of January, 2007.

/s/ Catherine C. Crane
Michael S. Beaver
Catherine C. Crane
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Telephone: 303-290-1600
FAX: 303-290-1606
E-mail: mbeaver@hollandhart.com
E-mail: ccrane@hollandhart.com

ATTORNEYS FOR DEFENDANTS CH2M HILL GROUP DISABILITY PLAN and THE STANDARD INSURANCE COMPANY

/s/ Scott B. Elkind
Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

  I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

           /s/ Anne Ronan

3653545_1.DOC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY, A Subsidiary of StanCorp Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY PLAN,<br><br>    Defendants. | **ORDER DISMISSING PLAINTIFF'S BENEFITS CLAIM UNDER ERISA 1132(a)(1)(B) AS AGAINST DEFENDANT STANDARD INSURANCE COMPANY**<br><br>Civil Action No. 1:06-CV-01748-CKK |

    THIS MATTER has come before the Court on the Joint Stipulation for Dismissal of ERISA(a)(1)(B) Claim As Against Standard Insurance Company filed by Plaintiff Darlene Fulwood and Defendants Standard Insurance Company and CH2M Hill Group Disability Company. The Court being fully advised, hereby approves the parties' Stipulation and orders as follows:

    1.    That the claim for disability benefits found at paragraph 20 of Plaintiff's Complaint be dismissed with prejudice as to Defendant Standard Insurance Company, pursuant to Fed.R.Civ.P. 41(a)(1).

2. That each party will bear his, her or its own costs and attorneys' fees in connection with Plaintiff's claim for benefits against Standard Insurance Company.

Date: _____, 2007.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge