# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **STANDARD'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO DISMISS**<br><br>Civil Action No. 1:06-CV-01748-CKK |

Defendant Standard Insurance Company hereby withdraws its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) filed December 11, 2006, because the Motion is moot in view of the parties' joint stipulation for dismissal of ERISA 1132(a)(1)(B) claim as against Defendant Standard Insurance Company.

Pursuant to Local Rule 7(m), Defendants' counsel has conferred with counsel for Plaintiff Darlene Fulwood, who has stated the Plaintiff has no objection to this Motion.

-2-

Dated: January 11, 2007.

        Respectfully submitted,

        /s/ Catherine C. Crane
        Michael S. Beaver
        Catherine C. Crane
        Holland & Hart LLP
        8390 East Crescent Parkway, Suite 400
        Greenwood Village, CO  80111-2800
        Telephone: 303-290-1600
        FAX: 303-290-1606
        E-mail: mbeaver@hollandhart.com
        E-mail: ccrane@hollandhart.com

        **ATTORNEYS FOR DEFENDANT**
        **STANDARD INSURANCE COMPANY and**
        **CH2M HILL GROUP DISABILITY PLAN**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Scott B. Elkind
ELKIND & SHEA
801 Roeder Rd., Suite 550
Silver Spring, MD  20910


/s/ Anne M. Ronan

3654114_1.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>　　　Defendants. | **ORDER GRANTING DEFENDANT STANDARD'S MOTION TO WITHDRAW ITS MOTION TO DISMISS**<br><br>Civil Action No. 1:06-CV-01748-CKK |

　　THIS MATTER has come before the Court on Defendant Standard Insurance Company's unopposed motion to withdraw the motion to dismiss it filed on December 11, 2006.

　　The Court being fully advised, hereby GRANTS Standard's Motion to Withdraw its Motion to Dismiss.

-2-

Date: _____, 2007.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge