**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA 20158 | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | **MOTION TO APPEAR**<br>**TELEPHONICALLY FOR INITIAL** |
| vs. | )<br>) | **SCHEDULING CONFERENCE** |
| THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR 97204, | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06-CV-01748-CKK |
| and | )<br>) | |
| CH2M HILL GROUP DISABILITY<br>PLAN, | )<br>)<br>) | |
| CH2M Hill. | )<br>)<br>) | |

The Defendants, The Standard Insurance Company and CH2M Hill Group Disability Plan, through their counsel of record, Holland & Hart LLP, respectfully request that the Court allow the undersigned counsel to attend the initial scheduling conference set for Thursday, February 8, 2007 at 9 a.m. (EST) by telephone. A proposed Order for the Court's convenience is submitted herewith.

Dated: February 5, 2007.

        Respectfully submitted,

        /s/  Catherine C. Crane
        Michael S. Beaver
        Catherine C. Crane
        Holland & Hart LLP
        8390 E. Crescent Pkwy., Suite 400
        Greenwood Village, CO 80111
        (303) 290-1600

        ATTORNEYS FOR THE STANDARD
        INSURANCE COMPANY and CH2M
        HILL GROUP DISABILITY PLAN

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2007, I electronically filed the foregoing **MOTION TO APPEAR TELEPHONICALLY** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>   Scott B. Elkind
>   ELKIND & SHEA
>   801 Roeder Rd., Suite 550
>   Silver Spring, MD  20910

                                                  /s/  Anne Ronan

3665161_1.DOC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>    Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>    Defendants. | **ORDER GRANTING LEAVE FOR DEFENDANTS' COUNSEL TO APPEAR AT INITIAL SCHEDULING CONFERENCE BY TELEPHONE**<br><br>Civil Action No. 1:06-CV-01748-CKK |

THIS MATTER has come before the Court on the request of Defendants, The Standard Insurance Company and CH2M Hill Group Disability Plan, to appear telephonically at the initial scheduling conference set for Thursday, February 8, 2007 at 9:00 a.m. (EST).  Defendants' request is GRANTED.

Dated this _____ day of February 2007.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge

3665174_1.DOC