# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>       Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>       Defendants. | **DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO APPEAR TELEPHONICALLY FOR INITIAL SCHEDULING CONFERENCE**<br><br>Civil Action No. 1:06-CV-01748-CKK |

   The Defendants, The Standard Insurance Company and CH2M Hill Group Disability Plan, through their counsel of record, Holland & Hart LLP, respectfully withdraw the motion for undersigned counsel to attend the initial scheduling conference set for Thursday, February 8, 2007 at 9 a.m. (EST) by telephone.  Michael Beaver, counsel for Defendants, will attend the initial scheduling conference in person.

   Pursuant to Local Rule 7(m), Defendants' counsel has conferred with counsel for Plaintiff Darlene Fulwood, who has stated the Plaintiff has no objection to this Motion.

Dated: February 6, 2007.

    Respectfully submitted,

    /s/ Catherine C. Crane
    Michael S. Beaver
    Catherine C. Crane
    Holland & Hart LLP
    8390 East Crescent Parkway, Suite 400
    Greenwood Village, CO 80111-2800
    Telephone: 303-290-1600
    FAX: 303-290-1606
    E-mail: mbeaver@hollandhart.com
    E-mail: ccrane@hollandhart.com

    **ATTORNEYS FOR DEFENDANT STANDARD INSURANCE COMPANY and CH2M HILL GROUP DISABILITY PLAN**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

  Scott B. Elkind
  ELKIND & SHEA
  801 Roeder Rd., Suite 550
  Silver Spring, MD  20910

                                                /s/ Anne M. Ronan

3665950_1.DOC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARLENE FULWOOD<br>309 Maryland Ave.<br>Hamilton, VA  20158<br><br>   Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE<br>COMPANY, A Subsidiary of StanCorp<br>Financial Group, Inc.<br>1100 SW Sixth Avenue<br>Portland, OR  97204,<br><br>and<br><br>CH2M HILL GROUP DISABILITY<br>PLAN,<br><br>   Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION FOR DEFENDANTS' COUNSEL TO APPEAR AT INITIAL SCHEDULING CONFERENCE BY TELEPHONE**<br><br><br>Civil Action No. 1:06-CV-01748-CKK |

THIS MATTER has come before the Court on the Motion of the Defendants, The Standard Insurance Company and CH2M Hill Group Disability Plan, to withdraw the motion to appear telephonically at the initial scheduling conference set for Thursday, February 8, 2007 at 9:00 a.m. (EST).  Defendants' request is GRANTED.

Dated this _____ day of February 2007.

BY THE COURT:


_____
Colleen Kollar-Kotelly
United States District Judge