IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No: 1:06-CV-01748-CKK |
| | : |
| THE STANDARD INSURANCE COMPANY, | : |
| | : |
| and | : |
| | : |
| CH2M HILL GROUP DISABILITY PLAN, | : |
| | : |
| Defendants. | : |

JOINT MEET AND CONFER STATEMENT

Come now the parties, by and through their respective counsel, and present this Joint Meet and Confer Statement.

I. Case Tracking.

The parties agree that this matter may be placed on the standard track for disposition. A Proposed Briefing Schedule has been submitted.

II. Factual and Legal Issues.

The issues to be decided are the standard of review to be applied, whether the insurer was correct in its denial of disability benefits under the appropriate standard of review, and whether the administrator is responsible for penalties for an alleged failure to produce relevant documents.

III. Magistrate Judge.

1

The case can be assigned to a Magistrate Judge, although the consent forms have not yet been executed.

IV. <u>Settlement</u>.

Settlement discussions have been undertaken and Defendants have indicated that internal disputes must be addressed before a settlement can be finalized.

V. <u>ADR</u>.

The case would benefit from ADR. Both sides consent to mediation.

VI. <u>Dispositive Motions</u>.

This matter can be resolved by dispositive motion. The parties have consented to cross-motion summary judgement briefing following the Discovery Period as scheduled by the court rules.

VII. <u>Initial Disclosures</u>.

The parties stipulate to dispense with the Rule 26(a)(1) disclosures.

VIII. <u>Discovery</u>.

Discovery may be necessary and is dependent upon the standard of review to be applied. This will require filing of motions, if necessary and may include motion for a protective order.

IX. <u>Experts</u>.

There are no expert witnesses.

X. <u>Class Actions</u>.

This provision is not applicable.

XI. <u>Trial/Discovery</u>.

There is no need for either trial or discovery.

XII. <u>Pretrial Conference</u>.

No pretrial conference is necessary.

Respectfully submitted by:

| | |
|---|---|
| _____/s/_____ | _____ |
| Scott B. Elkind | Michael S. Beaver |
| Elkind & Shea | Catherine C. Crane |
| 801 Roeder Rd., Ste. 550 | Holland & Hart, LLP |
| Silver Spring, MD 20910 | 8390 East Crescent Pkwy. |
| (P) 301-495-6665 | Ste. 400 |
| (F) 301-565-5111 | Greenwood Village, CO 80111-2800 |
| Counsel for Plaintiff | P: 303-290-1600 |
| | F: 303-290-16 06 |
| | Counsel for Defendants |