UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br><br>    Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 06-1748 (CKK) |

**ORDER**

In accordance with the proceedings held on the record at an initial scheduling conference held on February 8, 2007, it appears to the Court that all parties have consented to mediation.

Accordingly, it is this 8th day of February, 2007, hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; and it is further

**ORDERED** that mediation efforts shall extend from February 8, 2007 through May 4, 2007.

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge

cc:    Magistrate Judge Kay