UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE FULWOOD<br><br>　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br>　*et al.*,<br><br>　Defendants. | Civil Action No. 06-1748 (CKK) |

### ORDER

On May 10, 2007, the parties to the above-captioned case participated in a mediation before Magistrate Judge Alan Kay, during which they reached a settlement in principle in the above-captioned case. Pursuant to that mediation, it is, this 10th day of May, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until June 11, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge